Robert F. Brennan, Esq. [S.B. #132449]
**BRENNAN, WIENER, & ASSOCIATES**
3150 Montrose Ave.
La Crescenta, Ca. 91214
rbrennan@brennanlaw.com
[818] 249-5291 Phone; [818] 249-4329 Fax

JS-6

Attorneys for: Plaintiff: John King Trump

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KING TRUMP, an Individual; | Case No.: CV 10-09779-JAK (RZx) |
| Plaintiff, | Hon. John A. Kronstadt |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |
| EXPERIAN INFORMATION SOLUTIONS, INC., a business entity, form unknown; and DOES 1-10, Inclusive, | |
| Defendants. | |

Plaintiff John King Trump has announced to the Court that all matters in controversy against Defendant Experian Information Solutions, Inc., has been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff JOHN KING TRUMP against Defendant Experian Information Solutions,
3  Inc., are in all respect dismissed with prejudice to the refilling of same, with Court
4  costs to be paid by the party incurring same.

6  DATED this 15th day of September 2011.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE