Robert F. Brennan, Esq. [S.B. #132449]
**BRENNAN, WIENER, & ASSOCIATES**
3150 Montrose Ave.
La Crescenta, Ca. 91214
rbrennan@brennanlaw.com
[818] 249-5291 Phone; [818] 249-4329 Fax

JS-6

Attorneys for: Plaintiff: John King Trump

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KING TRUMP, an Individual;<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>　　　Defendants. | Case No.: CV 10-09779-JAK (RZx)<br><br>Hon. John A. Kronstadt<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |

　　　Plaintiff John King Trump has announced to the Court that all matters in controversy against Defendant Experian Information Solutions, Inc., has been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1   IT IS ORDERED that the claims and causes of action asserted herein by
2 Plaintiff JOHN KING TRUMP against Defendant Experian Information Solutions,
3 Inc., are in all respect dismissed with prejudice to the refilling of same, with Court
4 costs to be paid by the party incurring same.
5
6 DATED this 15th day of September 2011.
7
8
9 _____
10              JOHN A. KRONSTADT
11              UNITED STATES DISTRICT JUDGE